Opinion issued July 19, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00939-CV






PALISADES COLLECTION, L.L.C., ASSIGNEE OF ADVANTA, Appellant


V.


DAVID N. BOOKERT, Appellee






On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 2005-50133






MEMORANDUM OPINION Appellant Palisades Collection, L.L.C., Assignee of Advanta has failed to
timely file a brief. See Tex. R. App. P. 38.8(a) (failure of appellant to file brief). 
After being notified that this appeal was subject to dismissal, appellant did not
adequately respond. See Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of
case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.